175 A.3d 170

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JUAN D. OSBORNE, DEFENDANT–PETITIONER.

C–349 September Term 2017
079565

November 17, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003984–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.